AUSA Guess

# United States District Court

For the Western District of Texas
Austin Division

**FILED**

April 30, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
                    **VAR**
                                    DEPUTY

| | |
|---|---|
| United States of America, | § |
| | § |
| v. | § |
| | § |
| **Jesus Soto-Reyes** | § |
| **Aka: Jesus Reyes Soto, Jorge Castro,** | § |
| **Jorge Castro-Nino, Jorge Castronino,** | § |
| **Jorge Nino C, Jorge Nino, Jorge Castro** | |
| **Nino, Jesus Reyes, Jesus Soto Reyes,** | |
| **Jorge Sandez, Jesus Soto, Jesus** | |
| **Sotoreyes** | |

Case Number:

**1:25-MJ-515**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about **February 3**, **2025**, in the county of **Bastrop**, in the Western District of Texas, the defendant, **Jesus Soto-Reyes**, violated Title 8, United States Code section 1326.

This criminal complaint is based upon the following facts:

On or about **February 3, 2025**, the defendant, an alien, was found in the Bastrop County Jail, in Bastrop, Texas, within the Western District of Texas**.** A deportation officer lodged a detainer after identifying the defendant and subsequent queries identified the defendant as a previously removed alien.

Investigation and records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Mexico** on or about **June 11**, **2016**, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

_____
Signature of Complainant (A. Rossy)
Deportation Officer
Immigration and Customs Enforcement

Submitted and sworn to electronically and signed by me
pursuant to Fed. R. Crim P. 4.1 and 4(d)

**April 30, 2025**
_____     at     _____
 Date                                                                    City and State

Austin, Texas

Susan Hightower
United States Magistrate Judge
_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer